KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

DOUGLAS SPRAGUE (CSBN 202121)
Assistant United States Attorney

    450 Golden Gate Avenue; Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7183
    FAX: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-05-00491 VRW |
|     Plaintiff, ) | |
| ) | [~~PROPOSED~~] DETENTION ORDER |
|   v. ) | |
| YEVGENY FRIDMAN, ) | |
|     Defendant. ) | |

On September 7, 2005, a hearing was held concerning the government's motion that Defendant, YEVGENY FRIDMAN, be detained pending trial. After reviewing the Pretrial Services report and hearing the arguments of counsel for the government and counsel for Defendant, the Court orders Defendant DETAINED without prejudice to reopening detention proceedings. The Court finds by a preponderance of the evidence that there are no combination of conditions that will reasonably assure the appearance of Defendant, and thus that there is a serious risk that Defendant will flee if released pending trial. As stated at the hearing, the Court makes this finding for several reasons set forth in the Pretrial Services report and proffered by the government, including the following:

    (1)    Defendant had failed to appear in court as required to face a controlled substances trafficking charge pending against him in San Francisco Superior Court;

[~~PROP.~~] DETENTION ORDER RE: DEF. FRIDMAN
CR-05-00491 VRW

(2)     Defendant stated that he failed to appear in that state case because he feared he would be arrested on pending federal charges;

(3)     Defendant apparently knew of the pending federal charges and tried to avoid arrest for approximately 6 weeks;

(4)     prior to August 16, 2005, an attorney advised Defendant to turn himself in, but defendant did not do so;

(5)     Defendant has no stable residence, stated he did not live with his sister, and refused to provide a residential address; and

(6)     Defendant appears to be a heavy user of controlled substances, including methamphetamine.

For those reasons, and for the other reasons stated at the hearing, the Court finds that Defendant poses a serious risk of flight.

As stated at the hearing, the Court makes no finding on whether Defendant would pose a danger to the community if released pending trial.

Therefore, IT IS HEREBY ORDERED THAT:

1. Defendant, YEVGENY FRIDMAN, shall be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.

2. Defendant, YEVGENY FRIDMAN, shall be afforded reasonable opportunity for private consultation with counsel; and

3. On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which the person is confined shall deliver YEVGENY FRIDMAN to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

IT IS SO ORDERED.

DATED: September 9, 2005

JOSEPH C. SPERO
United States Magistrate Judge

[PROP.] DETENTION ORDER RE: DEF. FRIDMAN
CR-05-00491 VRW