KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

LAUREL BEELER (CSBN 187656)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone:  (415) 436-6765
Facsimile:  (415) 436-7234
Email: laurel.beeler@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No.: CR 05 00491 VRW |
| Plaintiff, ) | |
| v. ) | STIPULATION AND ORDER (~~PROPOSED~~) |
| YEVGENY FRIDMAN, ) | |
| Defendant. ) | |

The matter is currently set for entry of plea on Tuesday, February 6, 2007, at 10:30 a.m. Because of an unexpected travel commitment, the defense cannot appear on that day, and the parties jointly ask for the matter to be continued one week to February 13, 2007, at 10:30 a.m. for entry of plea.

STIPULATED:

_____/s_____         _____/s_____
LAUREL BEELER                     STEVEN GRUEL
Assistant United States Attorney   Attorney for Yevgeny Fridman

For good cause shown, the plea date of February 6, 2007, is vacated, and the Court sets a new date for entry of plea for February 13, 2007, at 10:30 a.m.

IT IS SO ORDERED.

Dated: 2/8/2007

_____
VAUGHN R. WALKER
United States District Judge

[GRANTED — Judge Vaughn R Walker]

STIPULATION AND ORDER (Proposed)
(CR 05 00491 VRW)