UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> YEVGENY FRIDMAN, ) <br> ) <br> Defendant. ) <br> ) | No.: CR 05 00491 VRW <br><br><br> STIPULATION AND ORDER (~~PROPOSED~~) |

With the agreement of the parties, the Court enters this order (a) vacating the February 27, 2007, hearing date, (b) setting the case for entry of plea on March 6, 2007, at 10:30 a.m., and (c) documenting the exclusion of time under the Speedy Trial Act from February 13, 2007, to February 27, 2007.

1. The parties have engaged in substantial settlement negotiations. Defense counsel has one additional factual matter to investigate that is relevant to the conduct that should be included in the factual basis of the plea agreement. Continuing the case for an additional week will enable him to investigate that issue.

2. The parties agree, and the Court finds and holds, that the time from February 27, 2007, to March 6, 2007, should be excluded under the Speedy Trial clock. Failure to grant a continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(8)(B)(iv). The parties also

STIPULATION AND ORDER (Proposed)
(CR 05 00491 VRW)

1. agree, and the Court finds and holds, that the ends of justice served by excluding time from to February 27, 2007, to March 6, 2007, outweigh the interest of the public and the defendant in a speedy trial within the meaning of 18 U.S.C. § 3161(h)(A).

3. Accordingly, the Court resets the case for entry of plea on March 6, 2007, and orders that the period from February 27, 2007, to March 6, 2007, be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B) (i) & (iv).

IT IS SO ORDERED.

DATED: 2/23/2007



VAUGHN R. WALKER
United States District Judge

STIPULATED:

/s/
LAUREL BEELER
Assistant United States Attorney

/s/
STEVEN GRUEL
Attorney for Yevgeny Fridman

STIPULATION AND ORDER (Proposed)
(CR 05 00491 VRW)

2