STEVEN F. GRUEL (CSBN 213148)
Attorney at Law

655 Montgomery Street, Suite 1700
San Francisco, California 94122
Telephone Number (415) 989-1253
Fax Number (415) 576-1442
attystevengruel@sbcglobal.net

Attorney for Yevgeny Fridman

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-05-00491-VRW |
| | ) | |
| Plaintiff, | ) | STIPULATION AND [~~PROPOSED~~] ORDER |
| | ) | TO CONTINUE SENTENCING |
| Vs. | ) | TO JULY 24, 2007 |
| | ) | |
| YEVGENY FRIDMAN, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

Defendant Yevgeny Fridman, by and through his attorney, Steven F. Gruel, Esquire, respectfully requests and stipulates that sentencing scheduled for June 26, 2007 at 10:00 a.m. be rescheduled to July 24, 2007 at 10:00 a.m.

The government does not oppose and stipulates to this defense request for a continuance to July 24, 2007 at 10:00 a.m. The United States Probation officer assigned to this case is aware of

*STIPULATION AND [PROPOSED] ORDER*
*TO CONTINUE SENTENCING*
*TO JULY 24, 2007*

- 1

and does not oppose this request for a continuance of the sentencing hearing to July 24, 2007.

SO STIPULATED:

DATED: 6/25/07

      __/s/_____
      STEVEN F. GRUEL,
     Attorney for Yevgeny Fridman


      __/s/_____
DATED: 6/25/07  LAUREL BEELER
      Assistant United States Attorney


## [~~PROPOSED~~] ORDER

Predicated on the above Stipulation, the sentencing hearing is continued to July 24, 2007 at ~~10:00 a.m.~~ 10:30 AM.

IT IS SO ORDERED.

Dated: 6/26/2007

*(Signed: Judge Vaughn R Walker, United States District Court, Northern District of California — IT IS SO ORDERED)*

*STIPULATION AND [PROPOSED] ORDER*
*TO CONTINUE SENTENCING*
*TO JULY 24, 2007*

- 2